

FILED

05/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0019

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0019

STATE OF MONTANA,

Plaintiff and Appellee,

v.

TYLER GILEAD,

Defendant and Appellant.

FILED

MAY 2 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

The State of Montana moves this Court to dismiss this appeal because self-represented Appellant Tyler Gilead does not appeal a final judgment. The State contacted Gilead and received no response. M. R. App. P. 16(1). The State labels its motion as opposed. This Court has not received a filed written response.

The State points out that Gilead does not appeal a final judgment of conviction, pursuant to § 46-20-104(1), MCA, and M. R. App. P. 6(2). *See also* M. R. App. P. 4(5)(b)(i). The State provides that Gilead appeals a December 3, 2020 Liberty County District Court Order denying his *pro se* motion for a change of venue. The State provides that Gilead has not filed his opening brief by April 2, 2021, as directed by this Court. The State lastly explains that Gilead is scheduled for a June 16, 2021 arraignment after the prior scheduled dates have been continued for a variety of reasons.

Upon review and good cause shown, therefore,

IT IS ORDERED that the State of Montana's Motion to Dismiss Appeal is GRANTED, and this appeal is DISMISSED without prejudice.

The Clerk of the Supreme Court is directed to close this case as of the date of this Order so the criminal proceeding may conclude in the District Court.

The Clerk is also directed to provide a copy of this Order to counsel of record and to Tyler Gilead personally.

DATED this 25th day of May, 2021.

_____

_____

_____

_____

_____
Justices